| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Graham, James L. | 2. Court or Organization<br><br>U.S. District Court, SD/OH | 3. Date of Report<br><br>05/11/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>169 Joseph P. Keinnery U.S. CH<br>85 Marconi Boulevard<br>Columbus, Ohio 43215 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information. Insert signature on last page.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L.. | 05/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Farm Credit of Mid America FLCA | Mortgage on Farm land-owned by Partnership-Item 3-Part VII | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Apt Bldgs-Gahanna, OH (Franklin Co) -See Part VIII | F | Rent | O | R | | | | | |
| 2. Partnership-Farm Land-Franklin Co. Ohio | D | Rent | O | Q | | | | | |
| 3. Huntington National Bank-Checking & Savings Accounts | A | Interest | J | T | | | | | |
| 4. Gold & Silver Coins | | None | J | T | Sold (part) | 04/05/11 | J | D | |
| 5. Ohio St Site Dev - 3.4% Due 05/01/11 | B | Interest | | | Redeemed | 05/02/11 | L | | |
| 6. Ohio St Hwy Cap Imp-4% due 05/01/11 | A | Interest | | | Redeemed | 05/02/11 | J | | |
| 7. Cincinnati Water SYS-5.00%-Due 12/01/20 | B | Interest | | | Redeemed | 06/01/11 | L | | |
| 8. Toledo OH CAP IMPR D - 4.18% Due 12/01/18 | B | Interest | | | Sold | 10/06/11 | K | B | |
| 9. Bank of America 6.204%-Series D PFD | B | Interest | | | Sold | 08/22/11 | K | B | |
| 10. Eaton Vance OH Tax Exempt Mutual Fund | A | Interest | K | T | | | | | |
| 11. Astropower, Inc. | | None | | | Sold | 10/24/11 | J | | |
| 12. Ballard Power Systems, Inc. | | None | J | T | | | | | |
| 13. Capstone Turbine Corp | | None | J | T | | | | | |
| 14. Plug Power, Inc. | | None | J | T | | | | | |
| 15. Geeknet, Inc. | | None | J | T | | | | | |
| 16. Bank of America Bd-6.204& -Due 09/15/11 | B | Interest | | | Matured | 09/15/11 | K | | |
| 17. CD-Pacific Cap Bk-4.25% due 03/14/11 | B | Interest | | | Matured | 03/14/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L.. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CD-Wachovia Bk-4.55% due 09/12/11 | B | Interest | | | Matured | 09/12/11 | K | | |
| 19. CD-Wachovia Bk-4.75% due 09/12/12 | B | Interest | K | T | | | | | |
| 20. AIM Constellation Class A Mutual Fund | A | Dividend | J | T | | | | | |
| 21. Note Receivable-Benevolent Landlord | A | Interest | J | T | | | | | |
| 22. Apt. Bldgs-Westerville, OH (Franklin Co.)- See Part VIII | | None | O | R | | | | | |
| 23. Wells Fargo Money Market Account | B | Interest | O | T | | | | | |
| 24. ▧ shs Altria Group | B | Dividend | | | Sold | 06/29/11 | K | D | |
| 25. ▧ shs Huntington Banchsares-8.50% Conv | B | Dividend | K | T | | | | | |
| 26. Bk of America CPN 5.15% Due 09/15/16 | C | Interest | | | Sold | 08/22/11 | K | | |
| 27. DPL Inc Sr Notes 6.875% Due 09/01/11 | C | Interest | | | Sold | 09/01/11 | L | | |
| 28. National City Corp CPN 4% Due 02/01/11 | B | Interest | | | Sold | 09/01/11 | L | C | |
| 29. Wells Fargo Money Market Fund | A | Interest | K | T | | | | | |
| 30. Charles Schwab Bank | A | Interest | | | Closed | 11/07/11 | J | | |
| 31. Charles Schwab Money Market | A | Dividend | M | T | | | | | |
| 32. Dow Chemical 6.7% Note due 6/15/14 | B | Interest | | | Redeemed | 06/15/11 | K | | |
| 33. Middletown OH RFDG/IMPR3.75% DUE 12/01/19 | A | Interest | K | T | | | | | |
| 34. Wells Fargo Bank | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Oh ST Inft/Impr 3.25% Due 08/01/20 | B | Interest | L | T | | | | | |
| 36. Wells Fargo Adv Muni Money Market Fund | A | Interest | J | T | | | | | |
| 37. Single Family Rental Columbus Oh-See Part VIII | A | Rent | M | R | | | | | |
| 38. Bk of America CPN 5.15% Due 09/15/16 | A | Interest | | | Sold | 08/22/11 | K | | |
| 39. Bk of America CPN 1.30% Due 04/09/12 | A | Interest | J | T | | | | | |
| 40. Wells Fargo Adv Muni Money Market Fund | A | Interest | | | Closed | 03/14/11 | J | | |
| 41. Wells Fargo Adv Muni Money Market Fund | A | Interest | | | Closed | 03/14/11 | J | | |
| 42. Wells Fargo Bank Sweep Account | A | Interest | L | T | Open | 05/02/11 | J | | |
| 43. -Verizon Communications | B | Dividend | | | Buy | 01/07/11 | K | | |
| 44. -Verizon Communications | | None | | | Sold | 11/07/11 | K | D | |
| 45. -Alcoa Inc | | None | | | Buy | 09/22/11 | J | | |
| 46. -Alcoa Inc | | None | | | Sold | 10/13/11 | J | | |
| 47. -Chevron Corporation | A | Dividend | | | Buy | 08/08/11 | K | | |
| 48. -Chevron Corporation | | None | | | Sold | 11/07/11 | K | B | |
| 49. -Conocophillips | A | Dividend | | | Buy | 07/15/11 | J | | |
| 50. -Conocophillips | | None | | | Sold | 11/07/11 | J | | |
| 51. -Ford Motor Company | | None | | | Buy | 10/04/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Ford Motor Company | | None | | | Sold | 11/07/11 | K | C | |
| 53. -Hess Corporation | | None | | | Buy | 07/18/11 | K | | |
| 54. -Hess Corporation | | None | | | Sold | 08/08/11 | K | | |
| 55. -SPDR Gold Trust | | None | | | Buy | 07/12/11 | K | | |
| 56. -SPDR Gold Trust | | None | | | Sold | 08/05/11 | K | C | |
| 57. -Starbucks Corp | A | Dividend | | | Buy | 08/05/11 | K | | |
| 58. -Starbucks Corp | | None | | | Sold | 11/07/11 | K | D | |
| 59. -Abbott Laboratories | A | Dividend | | | Buy | 06/24/11 | K | | |
| 60. -Abbott Laboratories | | None | | | Sold | 11/07/11 | K | A | |
| 61. -Apple Inc | | None | | | Buy | 08/03/11 | L | | |
| 62. -Apple Inc | | None | | | Sold | 10/19/11 | L | B | |
| 63. -Apple Inc | | None | | | Buy | 08/11/11 | K | | |
| 64. -Apple Inc | | None | | | Sold | 11/07/11 | K | B | |
| 65. -Apple Inc | | None | | | Buy | 08/23/11 | K | | |
| 66. -Apple Inc | | None | | | Sold | 11/07/11 | K | C | |
| 67. -Apple Inc | | None | | | Buy | 10/24/11 | K | | |
| 68. -Apple Inc | | None | | | Sold | 11/07/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -Baidu Inc ADR | | None | | | Buy | 06/29/11 | K | | |
| 70.  -Baidu Inc ADR | | None | | | Sold | 08/08/11 | K | | |
| 71.  -Baidu Inc ADR | | None | | | Buy | 08/11/11 | K | | |
| 72.  -Baidu Inc ADR | | None | | | Sold | 09/26/11 | K | | |
| 73.  -Calumet Spec P/S | | None | | | Buy | 06/06/11 | K | | |
| 74.  -Calumet Spec P/S | | None | | | Sold | 09/08/11 | K | | |
| 75.  -Calumet Spec P/S | | None | | | Buy | 06/06/11 | J | | |
| 76.  -Calumet Spec P/S | | None | | | Sold | 09/08/11 | J | | |
| 77.  -Caterpillar Inc | A | Dividend | | | Buy | 09/29/11 | K | | |
| 78.  -Caterpillar Inc | | None | | | Sold | 11/07/11 | K | | |
| 79.  -Chesapeake Energy Corp | | None | | | Buy | 08/02/11 | J | | |
| 80.  -Chesapeake Energy Corp | A | Dividend | | | Sold | 11/07/11 | J | | |
| 81.  -Chesapeake Energy Corp | | None | | | Buy | 08/02/11 | J | | |
| 82.  -Chesapeake Energy Corp | | None | | | Sold | 11/07/11 | J | | |
| 83.  -Chevron Corporation | A | Dividend | | | Buy | 06/06/11 | K | | |
| 84.  -Chevron Corporation | | None | | | Sold | 11/14/11 | K | B | |
| 85.  Chevron Corporation | | None | | | Buy | 08/04/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Chevron Corporation | | None | | | Sold | 11/07/11 | K | B | |
| 87. -Clorox Company | | None | | | Buy | 08/04/11 | K | | |
| 88. -Clorox Company | | None | | | Sold | 11/07/11 | K | A | |
| 89. -Deere & Co | A | Dividend | | | Buy | 06/24/11 | K | | |
| 90. -Deere & Co | | None | | | Sold | 11/07/11 | K | | |
| 91. -Du Pnt Ei De Nemours & Co | A | Dividend | | | Buy | 06/16/11 | K | | |
| 92. -Du Pnt Ei De Nemours & Co | | None | | | Sold | 11/07/11 | K | | |
| 93. -Eaton Corp | | None | | | Buy | 08/04/11 | K | | |
| 94. -Eaton Corp | | None | | | Sold | 11/07/11 | K | | |
| 95. -Enerplus Corp | A | Dividend | | | Buy | 06/06/11 | K | | |
| 96. -Enerplus Corp | | None | | | Sold | 11/07/11 | K | | |
| 97. -FRPRT-MCMRN CPPR & GLD | A | Dividend | | | Buy | 08/04/11 | K | | |
| 98. -FRPRT-MCMRN CPPR & GLD | | None | | | Sold | 11/07/11 | L | D | |
| 99. -Google Inc | | None | | | Buy | 08/23/11 | K | | |
| 100. -Google Inc | | None | | | Sold | 11/07/11 | K | C | |
| 101. -Healthsouth Corp | | None | | | Buy | 07/22/11 | K | | |
| 102. -Healthsouth Corp | | None | | | Sold | 08/03/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Intel Corp | A | Dividend | | | Buy | 10/19/11 | K | | |
| 104. -Intel Corp | | None | | | Sold | 11/07/11 | K | | |
| 105. -Intl Paper Co | | None | | | Buy | 08/11/11 | K | | |
| 106. -Intl Paper Co | | None | | | Sold | 11/07/11 | K | C | |
| 107. -Jabil Circuit Inc | | None | | | Buy | 06/24/11 | K | | |
| 108. -Jabil Circuit Inc | | None | | | Sold | 08/02/11 | K | | |
| 109. -Johnson & Johnson | | None | | | Buy | 06/24/11 | K | | |
| 110. -Johnson & Johnson | | None | | | Sold | 08/02/11 | K | | |
| 111. -Nvidia Corp | | None | | | Buy | 09/19/11 | J | | |
| 112. -Nvidia Corp | | None | | | Sold | 11/07/11 | J | | |
| 113. -NetFlix.Com Inc | | None | | | Buy | 08/04/11 | K | | |
| 114. -NetFlix.Com Inc | | None | | | Sold | 09/08/11 | K | | |
| 115. -Oracle Corp | A | Dividend | | | Buy | 09/08/11 | K | | |
| 116. -Oracle Corp | | None | | | Sold | 11/07/11 | L | D | |
| 117. -Pepsico Incorporated | | None | | | Buy | 10/24/11 | K | | |
| 118. -Pepsico Incorporated | | None | | | Sold | 11/07/11 | K | | |
| 119. -Qualcomm Inc | | None | | | Buy | 11/03/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L.. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.   -Qualcomm Inc | | None | | | Sold | 11/07/11 | L | A | |
| 121.   -Salesforce.com | | None | | | Buy | 09/19/11 | J | | |
| 122.   -Salesforce.com | | None | | | Sold | 10/06/11 | J | | |
| 123.   -Sandisk Corp | | None | | | Buy | 09/19/11 | K | | |
| 124.   -Sandisk Corp | | None | | | Sold | 11/07/11 | K | C | |
| 125.   -Short QQQ Proshares | | None | | | Buy | 04/12/11 | K | | |
| 126.   -Short QQQ Proshares | | None | | | Sold | 04/18/11 | K | A | |
| 127.   -Proshares Short S&P 500 | | None | | | Buy | 05/02/11 | K | | |
| 128.   -Proshares Short S&P 500 | | None | | | Sold | 05/04/11 | K | A | |
| 129.   -SPDR S&P500 Trust | | None | | | Buy | 05/02/11 | M | | |
| 130.   -SPDR S&P500 Trust | | None | | | Sold | 05/04/11 | L | | |
| 131.   SPDR Dow Jones Indl ETF | | None | | | Buy | 05/02/11 | M | | |
| 132.   -SPDR Dow Jones Indl ETF | | None | | | Sold | 05/04/11 | L | | |
| 133.   -SPDR Gold Trust ETF | | None | | | Buy | 01/31/11 | M | | |
| 134.   -SPDR Gold Trust ETF | | None | | | Sold | 04/05/11 | M | E | |
| 135.   -SPDR Gold Trust ETF | | None | | | Buy | 06/29/11 | L | | |
| 136.   -SPDR Gold Trust ETF | | None | | | Sold | 08/09/11 | M | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L.. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -SPDR Gold Trust ETF | | None | | | Buy | 08/16/11 | M | | |
| 138. -SPDR Gold Trust ETF | | None | | | Sold | 08/23/11 | M | D | |
| 139. -SPDR Gold Trust ETF | | None | | | Buy | 08/26/11 | L | | |
| 140. -SPDR Gold Trust ETF | | None | | | Sold | 09/26/11 | L | | |
| 141. -SPDR Gold Trust ETF | | None | | | Buy | 09/26/11 | L | | |
| 142. -SPDR Gold Trust ETF | | None | | | Sold | 09/28/11 | L | | |
| 143. -SPDR Gold Trust ETF | | None | | | Buy | 10/10/11 | K | | |
| 144. -SPDR Gold Trust ETF | | None | | | Sold | 11/23/11 | L | A | |
| 145. -Verizon Communications | A | Dividend | | | Buy | 06/16/11 | K | | |
| 146. -Verizon Communications | | None | | | Sold | 08/02/11 | K | A | |
| 147. -Verizon Communications | | None | | | Buy | 08/11/11 | K | | |
| 148. -Verizon Communications | | None | | | Sold | 11/07/11 | K | C | |
| 149. -Waste Mgmt Inc | A | Dividend | | | Buy | 08/11/11 | K | | |
| 150. -Waste Mgmt Inc | | None | | | Sold | 11/03/11 | K | B | |
| 151. Wells Fargo Bank | A | Interest | N | T | Open | 02/01/11 | N | | |
| 152. Discover Bk - CD - 1% Due 09/30/13 | A | Interest | K | T | Buy | 09/28/11 | K | | |
| 153. Pimco Income FD CL -C | B | Dividend | K | T | Buy | 03/14/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Wells Fargo Bank | A | Interest | J | T | Open | 03/14/11 | J | | |
| 155.   -AT&T Inc | A | Dividend | | | Buy | 08/22/11 | L | | |
| 156.   -AT&T Inc | A | Dividend | | | Sold | 12/12/11 | L | A | |
| 157.   -Alcoa Inc | | None | | | Buy | 06/29/11 | L | | |
| 158.   -Alcoa Inc | | None | | | Sold | 07/18/11 | K | | |
| 159.   -Annaly Capital Mgmt REIT | | None | | | Buy | 06/29/11 | K | | |
| 160.   -Annaly Capital Mgmt REIT | | None | | | Sold | 12/12/11 | K | | |
| 161.   -Annaly Capital Mgmt REIT | | None | | | Buy | 08/04/11 | K | | |
| 162.   -Annaly Capital Mgmt REIT | | None | | | Sold | 12/12/11 | K | | |
| 163.   -Annaly Capital Mgmt REIT | | None | | | Buy | 08/04/11 | J | | |
| 164.   -Annaly Capital Mgmt REIT | | None | | | Sold | 12/12/11 | J | | |
| 165.   Carrizo Oil & Gas Inc | | None | | | Buy | 07/13/11 | K | | |
| 166.   -Carrizo Oil & Gas Inc | | None | | | Sold | 08/08/11 | K | | |
| 167.   Chesapeake Energy Corp | | None | | | Buy | 07/13/11 | K | | |
| 168.   -Chesapeake Energy Corp | | None | | | Sold | 12/12/11 | K | | |
| 169.   -Clean Energy Fuels Corp | | None | | | Buy | 07/13/11 | K | | |
| 170.   -Clean Energy Fuels Corp | | None | | | Sold | 12/12/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L.. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.    -Clean Energy Fuels Corp | | None | | | Buy | 11/16/11 | K | | |
| 172.    -Clean Energy Fuels Corp | | None | | | Sold | 12/12/11 | K | | |
| 173.    -Cummings Inc | | None | | | Buy | 07/13/11 | K | | |
| 174.    -Cummings Inc | | None | | | Sold | 11/07/11 | K | | |
| 175.    -Duke Energy Corp | | None | | | Buy | 06/24/11 | K | | |
| 176.    -Duke Energy Corp | | None | | | Sold | 12/12/11 | K | D | |
| 177.    -Energy Transfer Partners | | None | | | Buy | 08/04/11 | K | | |
| 178.    -Energy Transfer Partners | | None | | | Sold | 12/12/11 | K | | |
| 179.    -EOG Resources, Inc. | | None | | | Buy | 11/16/11 | L | | |
| 180.    -EOG Resources, Inc. | | None | | | Sold | 12/12/11 | K | | |
| 181.    -Google Inc | | None | | | Buy | 07/18/11 | K | | |
| 182.    -Google Inc | | None | | | Sold | 11/07/11 | K | | |
| 183.    -Southern Company | | None | | | Buy | 06/29/11 | K | | |
| 184.    -Southern Company | | None | | | Sold | 12/12/11 | K | | |
| 185.    SPDR Gold Trust ETF | | None | | | Buy | 09/08/11 | K | | |
| 186.    -SPDR Gold Trust ETF | | None | | | Sold | 12/12/11 | K | | |
| 187.    -SPDR Gold Trust ETF | | None | | | Buy | 09/13/11 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. ▢ -SPDR Gold Trust ETF | | None | | | Sold | 12/12/11 | K | | |
| 189. ▢ -Verizon Communications | A | Dividend | | | Buy | 06/24/11 | K | | |
| 190. ▢ -Verizon Communications | | None | | | Sold | 12/12/11 | L | C | |
| 191. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 05/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, page 1, line 1: The date of purchase was April 2, 2002. The actual cost is $425,865.

Part VII, page 1, line 2: The date of the appraisal was June 6, 2011 with an valuation date of June 6, 2011.

Part VII, page 1, line 22: The date of purchase was 06/26/2009. The actual cost is $736,770.

Part VII, page 1, line 37: The date of purchase was 04/23/10. The actual cost is $142,296.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James L. Graham**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544